IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 3:10-cr-00260-8 |
| v. | ) William J. Haynes |
| | ) Federal District Judge |
| | ) |
| FADUMO MOMAMED FARAH. | ) |

**MOTION IN LIMINE #4**

*[Handwritten annotation: ORDER — Given the honorable(?) disruption of the proof and the delay, potential danger, this motion is DENIED. /s/ [signature] 3-22-12]*

  Comes now the accused, Faduma Farah, by and through her counsel, Luke A. Evans, and moves this Honorable Court to issue an order directing the Government as follows:

  1. It is anticipated by the accused, that the Government will put forward evidence concerning the Defendant's file from the leasing office at Nashboro Village and/or her MDHA file. More specifically, that the defendant received government assistance via section 8 housing and that management suspected that Defendant was in violation of her lease agreement for multiple reasons to include; people living in the apartment that were not identified on the lease; and/or that Defendant was running a daycare from her apartment. Whether the defendant received public assistance or was in violation of her lease agreement is not relevant in the case at bar. Further, the witnesses assumptions as to what, if anything, was going on in the defendant's home is not relevant.

  2. Based on the foregoing, the accused moves this Honorable Court to issue an Order directing the Government to refrain from referencing in any manner,