IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:10-cr-00260-8 |
| v. ) | William J. Haynes |
| ) | Federal District Judge |
| FADUMO MOHAMED FARAH. ) | |

*ORDER*
*This motion*
*is DENIED*
*as moot.*
[signature]
2-22-12

## MOTION IN LIMINE #2

Comes now the accused, Faduma Farah, by and through her counsel, Luke A. Evans, and moves this Honorable Court to issue an order directing the Government as follows:

1. It is anticipated by the accused, that the Government will put on proof that the accused made material false statements to the United States on her Application to Register Permanent Residence or Adjust Status on August 21, 2009. More specifically, it is alleged that Mrs. Farah falsely stated that: 1) that she had not received any government assistance; and 2) that she had not procured anyone for prostitution. Mrs. Farah is indicted on the alleged acts in Count 23 of the indictment which was previously severed from the trial in this cause.

2. Based on the foregoing, the accused moves this Honorable Court to issue an Order directing the Government to refrain from referencing in any manner, in the presence of jury, any and all facts related to the false statements allegedly made by Defendant on August 21, 2009.