IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 3:10-cr-00260-8 |
| v. | ) William J. Haynes |
| | ) Federal District Judge |
| | ) |
| FADUMO MOHAMED FARAH. | ) |

*[Handwritten annotation: ORDER — The motion is DENIED for the reasons stated in open court. [signature] 3-22-12]*

## MOTION IN LIMINE #3

Comes now the accused, Faduma Farah, by and through her counsel, Luke A. Evans, and moves this Honorable Court to issue an order directing the Government as follows:

1. It is anticipated by the accused, that the Government will attempt to poison the jury by either referencing or putting on the testimony if Safiyo Nur, otherwise referred to as Jane Doe 5. It is anticipated that Mrs. Nur will testify that Defendant made money off her at her apartment; however, the Defendant is not charged in any count with trafficking Mrs. Nur. She will further testify that Defendant made money of other girls from Minnesota, Ohio and Atlanta; however, Mrs. Nur does not identify these supposed girls as those listed in the indictment. Mrs. Nur is also expected to give testimony regarding several of the Defendants allegedly participating in commercial sex acts with individuals other than the Jane Does identified in the indictment.

2. Based on the foregoing, the accused moves this Honorable Court to issue an Order directing the Government to refrain from referencing in any manner,