IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:10-00260 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| FADUMA FARAH, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the United States's motion to dismiss Count Eleven as to Faduma Farah (Docket Entry No. 2113) that is **GRANTED** and Count Eleven against Defendant Faduma Farah is **DISMISSED**.

It is so **ORDERED**.

**ENTERED** this the 26 day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge