IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 3:10-cr-00260-8 |
| v. | ) William J. Haynes |
| | ) Federal District Judge |
| | ) |
| FADUMO MOHAMED FARAH. | ) |

*[Handwritten: GRANSK This motion is GRANTED. Will [signature] 8-1-13]*

## MOTION TO EXCUSE DEFENDANT AND ALLOW HER COUNSEL TO ATTEND THE AFTERNOON SESSION OF THE EXHIBIT CONFERENCE

Comes now, the accused, Fadumo Mohamed Farah, by and through her attorney, Luke A. Evans, and respectfully moves this honorable Court for an order excusing her presence and allowing her Counsel to attend the afternoon session of the Exhibit Conference. In support thereof, Defendant would state that she is currently scheduled to attend the morning session; however, Counsel for Defendant is scheduled to be in Rutherford County Circuit Court Case #F-70132 and F- 69812, *State v. Pearman*, at 9:00 a.m. before the honorable David Bragg. Counsel will be available for the afternoon session. The Defendant also moves this Court to waive her appearance at said conference and allow her Counsel to appear in her stead. Mrs. Farah is currently employed and scheduled for work tomorrow. In order to avoid interference with her employment she ask to be excused.

**WHEREFORE, PREMISES CONSIDERED,** the accused moves this Court for the relief as stated herein as well as any further general relief this Court deems both necessary and proper.